UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHER DIVISION
(at London)

| | | |
|---|---|---|
| BRIAN PERKINS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:22-CV-091-CHB-HAI |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL WITH** |
| THE PRUDENTIAL INSURANCE | ) | **PREJUDICE** |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice of each of plaintiff's claims against all parties in this matter, signed by all parties who have appeared pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii). [R. 16]. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE** as to all defendants, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

This the 28th day of October, 2022.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY